[Nos. 24551–1–I; 24619–4–I. Division One. May 20, 1991.]

GEORGE C. DEERING, *Respondent,* v. KING COUNTY HOSPITAL DISTRICT NO. 1, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for King County, No. 86–2–09942–5, Norman W. Quinn, J., entered June 30, 1989. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Webster and Forrest, JJ.

[Nos. 25302–6–I; 25800–1–I; 25801–0–I. Division One. May 20, 1991.]

*In the Matter of the Dependency of*
M.N., ET AL.

GAYLA NALDRETT, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeals from judgments of the Superior Court for King County, Nos. 89–7–00839–2, 89–7–00840–6, 89–7–00841–4, Robert E. Dixon, J., entered November 8, 1989. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Webster and Agid, JJ.

[No. 25581–9–I. Division One. May 20, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. PATTI JO TURNER, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 89–1–00500–2, Byron L. Swedberg, J., entered January 29, 1990. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Scholfield and Kennedy, JJ.